IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAURA ANNE STUART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 9262 |
| | ) | |
| LOCAL 727, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Although this Court recently set a next status date some months out in this action, its recent review of the responsive pleading filed by defendant Local 727, International Brotherhood of Teamsters ("Local 727") has brought to its attention the Affirmative Defense that asserts the claimed untimeliness of the entire action brought against Local 727 by plaintiff Maura Anne Stuart ("Stuart"). Although Local 727's Answer is chock-full of oxymoronic usages of Fed. R. Civ. P. 8(b)(5), this Court will leave it to defense counsel to correct that error. Instead this memorandum order directs Stuart's counsel to respond to the issue raised by that Affirmative Defense on or before March 17, 2014.

_____
Milton I. Shadur
Senior United States District Judge

March 3, 2014